IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF THURSTON

MICHAEL A. LINEAR,
      PLAINTIFF,

V.

STEPHEN SINCLAIR, SECRETARY OF THE DEPARTMENT OF CORR. AND LIEUTENANT D. HOLLIBAUGH, OFFICER PERCIFIELD AND AND DEBORAH J. WOFFORD, ALL DEPARTMENT OF CORRECTIONS. In their individual and official capacity.
      DEFENDANTS

CIVIL ACTION NO:

**3:19-cv-05665-RBL-TLF**

CIVIL RIGHTS COMPLAINT

(JURY TRAIL REQUESTED )

## I. INTRODUCTION

1.1 Plaintiff Michael Linear (Linear) seeks compensatory and punitive damages against the above named defendants for violating Linear's state and federal rights to freely practice his religious beliefs and violating his right to equal protection.

## II. JURISDICTION/VENUE

2.1 This court has jurisdiction pursuant to Washington State Constitution, ART.II 26,(suits against the state), ART. IV. 6, (jurisdiction of superior court ) and pursuant to RCW 4.92.090

2.2 Venue in this county is proper pursuant to RCW 4.94.010 (5).

## III. PARTIES

3.1 Plaintiff Mr. Michael A. Linear, is at all times mentioned in this matter a Washington state prisoner. I.D no: 847176, is currently confined at the Coyote Ridge Correction Center (CRCC). Located at P.O. Box 769/ Connell, WA. 99326

3.2 Defendant Mr. Stephen Sinclair, is the secretary of the Washington State Department of Corrections. ( Herein after WA, DOC.) is located at the Washington State Department of Correction/ 7345 Linderson Way, S.W./ M/s 41101 / Tumwater, WA. 98504- 1101

3.3 Defendant Lieutenant D. Hollibaugh, is the lieutenant at Coyote Ridge Correctional Center, is located at P.O. Box 769/ Connell, WA. 99326

3.4 Deborah J. Wofford is located at Washington State of Corrections / 7345 Linderson Way S.W./ M/s 41101/ Tumwater, WA. 98504-1101

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

4.1 On or about April of 2019, plaintiff filed tort claim # 31087272

4.2 Plaintiff never received any final resolution ; Re: tort claim # 31087272

## V. FACTS

5.1 On or about January 05, 2019, plaintiff Linear was inside the gymnasium engaging in recreational activities at the Coyote Ridge Correctional Center (CRCC) and had made a request to conduct his afternoon Muslim prayer obligations ("Salaat") inside a recreation room which is used by offenders for hair braiding, card games, chess games, and praying.

5.2 CRCC recreation and custody staff allow offenders daily to be inside the recreation room unsupervised when braiding hair and playing games.

5.3 It is the practice of CRCC to permitt offenders of the Muslim faith to pray privately inside the gymnasium recreation room.

5.4 Linear asked Ms. Percifield, gymnasium custody staff for permission to carry out his "salaat" obligations inside the gymnasium's recreation room. Ms. Percifield refused to allow him inside the recreation room to pray and told him to pray in K-building ( the religious activity building because prayer is not allowed for Muslims during recreation times.

5.6 Linear's religious practices ("Hadith's") prohibits

Muslims from praying in an unclean area, including praying on a floor where offenders track urine and dirt from bathrooms.

5.7 Plaintiff Linear utilized the offender grievance program (OGP) at CRCC to file a complaint.

5.8 On and between January 5, 2019 and April 8, 2019 Linear utilized the offenders Grievance Program (OGP) to complain about defendant Percifield's actions.

5.9 Defendant Hollibaugh investigated Linear's complaint at level-2 and attempted to side with defendant Percifield by classifying the offender games and braiding room as " private" to overlook  defendant Percifield actions against me.

5.10 Defendant Wofford at level-3 reviewed Linear's complaint and concurred with the level-2 response to overlook defendant Percifields wrongful actions.

5.11 Linear has witnesses many  correctional officers and recreation staff open the door to the braider/game room allowing offenders to be in that room unsupervised.

## VI. CLAIMS FOR RELIEF

6.1 Plaintiff including and incorporates each and every avernment made—elsewhere in this complaint as though fully, set forth herein.

6.2 All of the defendants violated my right to equal protection of the laws under the 14th. amendment of the U.S. Constitution.

6.3 All of the defendants violated my rights to the free exercise of sincerely held religious beliefs as guaranteed by the first-amendment of the U.S. Constitution.

6.4 All of the defendants violated my rights to the free exercise of sincerely held religious beliefs as guaranteed by the first-amendment.

## VII. RELIEF REQUESTED

7.1 Plaintiff respectfully seeks damages for custody staff preventing him from conducting his prayer, and for the U.S. Constitutional rights that were violated in this case, in the following order:

| Compensatory | Punitive |
|---|---|
| Stephen Sinclair 10,000 | 50,000 for all defendants |
| Lieutenant Hollibaugh 10,000 | |
| Deborah Wofford 10,000 | |
| Officer Percifield 25,000 | |

7.2 Plaintiff respectfully seeks prevailing party fees $200

7.3 Plaintiff respectfully seeks attorney fees $200

7.4 Plaintiff respectfully seeks all cost incurred in

1 | this case to be awarded.

2 | 7.5 Plaintiff respectfully praise for a trial by a jury

3 | or all issues in disputed.

4 | 7.6 Plaintiff seeks other such relief the court deems

5 | appropriate and just.

## VIII. VERIFICATION

I, Michael A. Linear, certifies under oath, under the penalty of perjury and to the laws of the state of Washington that the proceeding is true and correct to the best of my knowledge.

Sworn under: RCW 9A.72.085 and 28 U.S.C 1746. Respectfully submitted and signed at: city of Connell, County of Franklin, WA. 99326

_Michael Linear_    847176
Sign                Doc#

_Michael Linear_    7-22-19
Print               Date