UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL A LINEAR,

               Plaintiff,

v.

STEPHEN SINCLAIR, D HOLLIBAUGH, PERCIFIELD, DEBORAH J WOFFORD,

               Defendants.

Case No. C19-5665 RBL-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     the Court adopts the Report and Recommendation;

(2)     plaintiff's complaint is voluntarily DISMISSED without prejudice; and

(3)     the Clerk is directed to send copies of this Order to plaintiff, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

Dated this 6th day of September, 2019.

Ronald B. Leighton
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1